**In re Yves FAISANDIER.**

No. 01–1281.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2002.

Before LOURIE, CLEVENGER, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.